# iE 6035

Front View of Camera

---

