# iE 6035
Back Panel

---

