# iE 6035
Bottom Panel

