# ❖ Polaroid

# iE6035 User Manual



© 2022 All Rights Reserved.

Windows and the Windows logo are registered trademarks of Microsoft Corporation.

All other trademarks are the property of their respective companies.



**Questions? Need some help?** This manual will help you enjoy your new product



**If you still have questions, call our help line:** 877-408-0033



**or visit us at:** www.polaroid.com

Let's Get Started ⋯▶

NO WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE EXPRESSLY DESCRIBED ABOVE SHALL APPLY. DISTRIBUTOR FURTHER DISCLAIMS ALL WARRANTIES AFTER THE EXPRESS WARRANTY PERIOD STATED ABOVE. NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR ENTITY WITH RESPECT TO THE PRODUCT SHALL BE BINDING ON DISTRIBUTOR. REPAIR, REPLACEMENT, OR REFUND OF THE ORIGINAL PURCHASE PRICE - AT DISTRIBUTOR'S SOLE DISCRETION - ARE THE EXCLUSIVE REMEDIES OF THE CONSUMER. IN NO EVENT WILL DISTRIBUTOR, ITS MANUFACTURERS, OR PLR IP HOLDINGS, LLC BE LIABLE FOR ANY INCIDENTAL, DIRECT, INDIRECT, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES (SUCH AS, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, BUSINESS, SAVINGS, DATA OR RECORDS) CAUSED BY THE USE, MISUSE OR INABILITY TO USE THE PRODUCT. EXCEPT AS STATED HEREIN, NO OTHER WARRANTIES SHALL APPLY. NOTWITHSTANDING THE FOREGOING, CONSUMER'S RECOVERY AGAINST DISTRIBUTOR SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT SOLD BY DISTRIBUTOR. THIS WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL CONSUMER WHO PURCHASED THE PRODUCT AND IS NOT TRANSFERABLE.

Some countries, states or provinces do not allow the exclusion or limitation of incidental or consequential damages or allow limitations on warranties, so limitation or exclusions may not apply to you. This warranty gives you specific legal rights, and you may have other rights that vary from state to state or province to province. **Contact your authorized retailer to determine if another warranty applies.**

This product is manufactured, distributed and sold by SAKAR International, Inc. Polaroid, Polaroid & Pixel, Made in Polaroid and Polaroid Classic Border Logo are trademarks of PLR IP Holdings, LLC, used under license. All other trademarks are the property of the respective owner, who has not sponsored, endorsed or approved this product. PLR IP Holdings, LLC does not manufacture this product or provide any Manufacturer's Warranty or support.

# Camera Technical Specifications

| | |
|---|---|
| Image Sensor | CMOS Sensor |
| Image Resolution | 4896x3672 (18M), 4608x3456 (16MP), 4288x3216 (14MP), 4000x3000 (12MP), 3648x2736 (10MP), 3264x2448 (8MP), 3648x2056 (7M HD), 2592x1944 (5M), 2048x1536 (3M), 1920x1080 (2M HD), 640x480(VGA) |
| Video Resolution | 1280x720 (HD), 640x480 (VGA), 320x24 (QVGA) |
| File Format | Still Image: JPEG ; Video: AVI |
| Internal Memory | 128MB -- enough for Test Photos only. Number of photos vary according to selected Image Size setting: VGA - 691 photos, 2M HD - 177 photos, 3M - 121 photos, 5M - 77 photos. Above 5M please insert SD Memory card. |
| External Memory | Up to 32GB, Class 4 SD card or higher is required |
| LCD Display | 3.0 Inch TFT |
| Lens | f=5.9mm~106.2mm |
| Zoom | Optical 60X Zoom |
| Light Exposure | -2.0 ~ +2.0 EV |
| White Balance | Auto, Daylight, Cloudy, Tungsten, Fluorescent H, Fluorescent L, Custom |
| ISO | Auto, 50,100, 200, 400,800,1600 |
| Scene | Scenery, Backlight, Night Scenery, Building, Kids, Night Portrait, Food, Text, Snow, Fireworks, Sunset |
| Flash | No Flash, Forced On, Auto Flash, Red Eye Reduction |
| Self-Timer | 2, 5 or 10 second delay |
| Multi Snapshot (Burst) | Yes |
| Face Detect | Yes |
| Smile Detect | Yes |
| Print Photos | Yes |
| Microphone | Yes |
| Speaker | Yes |
| Macro | Yes |
| Language | English, French, Spanish, Portuguese, German, Russian, Italian, Polish, Greek |
| Interface | USB 2.0 |
| System Requirements | MICROSOFT® Windows 7 or above; MAC OS X v10.9 and above |
| Power Source: Batteries | 4xAA (1.5V) batteries |
| Working Temperature | 0~40°C |