# iE 7276W
Front View of Camera

