# iE 7276W
## Back Panel

