# iE 7276W
Bottom Panel

---

