# HEARTLAND AMERICA
EST. 1985

**FREE SHIPPING*** ON ORDERS OVER $99

February 2023

### NEW! DECLARE INDEPENDENCE FROM TEDIOUS VACUUMING & MOPPING

- This robotic vac has powerful 3000Pa suction, PLUS can mop your floors
- Slim 3.5" design goes under most furniture
- Cleans up to 2700 sq. ft. per charge and automatically returns to charging base after cleaning or when battery is low
- 11" cleaning path; Free WiFi-connected mobile app

SAVE $170

Compare At: $299.99
**FOR ONLY $129.99**
Item No. 6B-67922

## POWERFUL AND LIGHTWEIGHT YARD ESSENTIALS



### ALL THE CUTTING POWER YOU NEED WITHOUT THE HASSLES OF GAS

- 20V 4.0Ah lithium-ion battery; 10" bar and chain
- Tool-less chain tensioning; 3/8" chain pitch
- Charger & blade sheath included; Weighs less than 8lbs.

Compare At: $139.99
**HEARTLAND AMERICA PRICE $99.99**
Item No. 6B-67875
Not available in AK, HI, or P.R.


Cut the cords and say goodbye to costly gasoline!

### NEW! PROFESSIONALLY MANICURE HEDGES, BUSHES AND TREES THE EASY WAY

- 20" dual-action steel blade for precise cuts; 20V 2.0Ah rechargeable lithium-ion battery
- Dual D-handles for pinpoint control; Protection switch on both handles for safety
- Charger & blade sheath included

**HEARTLAND AMERICA PRICE $69.99**
Item No. 6B-67920
Not available in AK, HI, or P.R.

**3 WAYS TO SHOP:** Phone: 1-800-229-2901 | Web: HeartlandAmerica.com | Mail-In Order Form

*$9.95 shipping on orders under $99. Free shipping on most items. Oversized products have additional shipping noted by the item. See order form for details.

# electronics deals



**NEVER MISS YOUR FAVORITE SHOWS AGAIN**
A 13" portable TV with 3-way power!

- LCD display; 1280 x 800 resolution; ATSC/NTSC digital tuner
- HDMI, VGA, A/V, USB and SD card inputs; AC/DC operation
- 3.5mm Aux jack; Magnetic telescoping antenna; Rechargeable lithium-ion battery
- Remote, AC adapter and 12V car charger included; 8.8" x 12.5" x 1"

**AUDIOBOX**

**Compare At: $189.99**
**HEARTLAND AMERICA PRICE $129.99**
Item No. 6B 8850407

SAVE $60

Not available in AK, HI, or P.R.
◊ CA buyers see order form for details



SAVE OVER $130

**MAKES A HIGH-QUALITY COPY OF A DVD IN ABOUT 6 MINUTES**
No software or set-up required!

- LCD menu controller
- Erase/verify function, copy, compare & burn speed control
- 22X duplication speed
- Configure & extract audio files from CDs for creating compilation discs
- 7" x 10" x 7"

Includes 10 DVD-R and 10 CD-R discs

MSR: $329.00
WAS: $229.99
**NOW ONLY $194.99**
Item No. 6B 22219
Add'l. shpg. $4.95



BACK BY POPULAR DEMAND!
Pole not included >
UP TO 120 MILE RANGE

**THE LONGEST RANGE & MOST POPULAR DIGITAL ANTENNA WE'VE EVER SOLD**

- Full-band DTV/VHF/UHF/HDTV/FM receiver
- 360° swivel; Simple connection via coaxial cable (50' cable included)
- Up to 28 dB gain and operates up to 2 TV's
- Remote included

**Compare At: $50.99**
**HEARTLAND AMERICA PRICE $34.99**
Item No. 6B 36791

**20.1 MP DIGITAL CAMERA/CAMCORDER WITH 72X OPTICAL ZOOMING AND 3" LCD SCREEN**

**Polaroid**

- Multi-scene settings including portrait, night, fireworks & sunset
- Auto/manual focus; Auto white balance
- 3" LCD screen for easy shot framing
- Includes carry case & 16GB SD card (expansion slot up to 32GB)

WAS: $219.99
**NOW ONLY $169.99**
Item No. 6B 78323N



BONUS! Full-size tripod, rechargeable batteries, case & charger included





**14 | JOIN THE CLUB** AND SAVE EVEN MORE ON YOUR ORDER! SEE PAGE 48 FOR DETAILS.